McDOWELL, Respondent, v. SYRACUSE LAND & STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) Action by John H. McDowell against the Syracuse Land & Steamboat Company. No opinion. Judgment and order affirmed, with costs.

McGREGOR, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 11, 1903.) Action by Alice E. McGregor against the city of New York. A. D. Kneeland, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with costs.

McILVAINE v. STEINSON. (Supreme Court, Appellate Division, First Department. January 15, 1904.) Action by Tompkins McIlvaine against George Steinson. No opinion. Motion denied, with $10 costs. .

McMANNIS, Respondent, v. HOOPER, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Gertrude Putnam McMannis against William De M. Hooper. No opinion. Judgment of the Municipal Court affirmed, with costs.